United States Bankruptcy Court
Southern District of Indiana

In re:                                                              Case No. 13-03137-JMC
Marie L Thomas                                                      Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0756-1         User: ldavis            Page 1 of 2           Date Rcvd: Apr 01, 2013
                             Form ID: SF01007N       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2013.
db             +Marie L Thomas,    425 S. Main St.,    Kokomo, IN 46901-5477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2013**           **Signature:** _Joseph Speetjens_

```
District/off: 0756-1          User: ldavis              Page 2 of 2              Date Rcvd: Apr 01, 2013
                              Form ID: SF01007N         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2013 at the address(es) listed below:
          Blake Nathaniel Dahl    on behalf of Debtor Marie Thomas BND@Etzlerlaw.com
          Edward P Dechert    trusteedechert@att.net, IN33@ecfcbis.com
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                                                                                                                                 TOTAL: 3

UNITED STATES BANKRUPTCY COURT  SF01007N (rev 05/2009)
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Marie L Thomas**,                      Case No. **13−03137−JMC−7**
      Debtor(s).

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

YOU ARE NOTIFIED that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below.

Statement of Intention due 04/12/2013

**IMPORTANT: Please read the following information concerning the above item(s):**

Electronic signature not in correct format per Administrative Procedures Manual, available at www.insb.uscourts.gov/WebForms/CMecf/ecfadmin.pdf

YOU ARE FURTHER NOTIFIED that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above−captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated:  April 1, 2013                         Kevin P. Dempsey
                                                Clerk, U.S. Bankruptcy Court