# Notice Recipients

District/Off: 0756−1                 User: admin                     Date Created: 04/04/2013
Case: 13–03137–JMC–7                Form ID: b9a                    Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Marie L Thomas         425 S. Main St.        Kokomo, IN 46901
ust         U.S. Trustee          101 W. Ohio St.. Ste. 1000        Indianapolis, IN 46204
tr          Edward P Dechert        217 N Main St        PO Box 667        Kokomo, IN 46903−0667
aty         Blake Nathaniel Dahl        Gordon A. Etzler &Associates, LLP         251 Indiana Ave         Valparaiso, IN 46383
12114735    Asset Acceptance Llc        Po Box 2036        Warren, MI 48093
12114736    Bowman, Heintz, Boscia, &Vician, PC        8605 Broadway        Merrillville, IN 46410
12114737    Bull City        1107 W Main St        Durham, NC 27701
12114741    CORPORATION SERVICE COMPANY        251 E OHIO ST STE 500        Indianapolis, IN 46204
12114738    Capital 1 Bank        Po Box 85520        Richmond, VA 23285
12114739    Chase        Po Box 15298        Wilmington, DE 19850
12114740    City of Kokomo − Municipal Sanitation Ut        928 E. Sycamore St.        Kokomo, IN 46901
12114742    Courtney Gaber, Attorney at Law        517 US Highway 31 N        Greenwood, IN 46142−3932
12114743    Dollar General Inc. (Lost Prevention &Legal Dept)        100 Mission Rdg        Goodlettsville,, TN 37072
12114744    Dr/bond Coll        4000 Executive Park Dr S        Cincinnati, OH 45241
12114745    Duke Energy        1000 E Main Street Mail Drop WP        Plainfield, IN 46168
12114746    Emergency Medical Group of Kokomo        PO BOX 6069 Dept 12        Indianapolis, IN 46206
12114747    Ffcc−columbus Inc        1550 Old Henderson Rd St        Columbus, OH 43220
12114748    First Premier Bank        601 S Minnesota Ave        Sioux Falls, SD 57104
12114749    Gla Collection Co Inc        2630 Gleeson Ln        Louisville, KY 40299
12114750    Helvey &Associates        1015 E Center St        Warsaw, IN 46580
12114751    Imc Credit Services        6955 Hillsdale Ct        Indianapolis, IN 46250
12114752    Indiana American Water        PO Box 94551        Palatine, IL 60094
12114753    Indiana Farmers Mutual Insurance Company        10 West 106th St. PO BOX 527        Indianapolis, IN
            46206
12114754    Kokomo Gas (NiSource)        PO BOX 13013        Merrillville, IN 46411−3013
12114755    Midland Funding        8875 Aero Dr Ste 200        San Diego, CA 92123
12114756    Nco Finance        Po Box 15636        Wilmington, DE 19850
12114757    Northwest Radiology Network (NWR)        13587 Collections Center Drive        Chicago, IL 60693
12114758    Sears/cbna        Po Box 6282        Sioux Falls, SD 57117
12114759    Solidarity Fed Credit        201 Southway Blvd        Kokomo, IN 46902
12114760    St. Joseph Hospital (MED−1)        PO Box 9010        Kokomo, IN 46904
12114761    St. Joseph Hospital (Patient Financial Services)        PO BOX 40970        Indianapolis, IN 46240−0970
12114762    Victoria's Secret        PO BOX 182789        Columbus, OH 43218

                                                                                        TOTAL: 32