```
                         United States Bankruptcy Court
                          Southern District of Indiana
In re:                                                         Case No. 13-03137-JMC
Marie L Thomas                                                 Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0756-1          User: admin                Page 1 of 3          Date Rcvd: Apr 04, 2013
                              Form ID: b9a               Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2013.

```
db             +Marie L Thomas,    425 S. Main St.,    Kokomo, IN 46901-5477
12114736       +Bowman, Heintz, Boscia, & Vician, PC,    8605 Broadway,    Merrillville, IN 46410-5598
12114737       +Bull City,    1107 W Main St,    Durham, NC 27701-2028
12114741       +CORPORATION SERVICE COMPANY,    251 E OHIO ST STE 500,    Indianapolis, IN 46204-2184
12114740       +City of Kokomo - Municipal Sanitation Ut,    928 E. Sycamore St.,    Kokomo, IN 46901-4821
12114742        Courtney Gaber, Attorney at Law,    517 US Highway 31 N,    Greenwood, IN 46142-3932
12114743       +Dollar General Inc. (Lost Prevention & Legal Dept),    100 Mission Rdg,
                 Goodlettsville,, TN 37072-2171
12114744       +Dr/bond Coll,    4000 Executive Park Dr S,    Cincinnati, OH 45241-4009
12114745       +Duke Energy,    1000 E Main Street Mail Drop WP,    Plainfield, IN 46168-1782
12114746       +Emergency Medical Group of Kokomo,    PO BOX 6069 Dept 12,    Indianapolis, IN 46206-6069
12114747       +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
12114750       +Helvey & Associates,    1015 E Center St,    Warsaw, IN 46580-3420
12114751       +Imc Credit Services,    6955 Hillsdale Ct,    Indianapolis, IN 46250-2054
12114752       +Indiana American Water,    PO Box 94551,    Palatine, IL 60094-4551
12114753       +Indiana Farmers Mutual Insurance Company,    10 West 106th St. PO BOX 527,
                 Indianapolis, IN 46206-0527
12114754        Kokomo Gas (NiSource),    PO BOX 13013,    Merrillville, IN 46411-3013
12114759       +Solidarity Fed Credit,    201 Southway Blvd,    Kokomo, IN 46902-3677
12114760       +St. Joseph Hospital (MED-1),    PO Box 9010,    Kokomo, IN 46904-9010
12114761        St. Joseph Hospital (Patient Financial Services),    PO BOX 40970,    Indianapolis, IN 46240-0970
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: BND@Etzlerlaw.com Apr 04 2013 23:00:23     Blake Nathaniel Dahl,
                 Gordon A. Etzler & Associates, LLP,    251 Indiana Ave,    Valparaiso, IN  46383
tr              E-mail/Text: edechertlaw@att.net Apr 04 2013 23:03:15     Edward P Dechert,    217 N Main St,
                 PO Box 667,    Kokomo, IN  46903-0667
ust            +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Apr 04 2013 23:04:03     U.S. Trustee,
                 101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
12114735       +EDI: ACCE.COM Apr 04 2013 22:58:00      Asset Acceptance Llc,    Po Box 2036,
                 Warren, MI 48090-2036
12114738        EDI: CAPITALONE.COM Apr 04 2013 22:58:00      Capital 1 Bank,    Po Box 85520,    Richmond, VA 23285
12114739       +EDI: CHASE.COM Apr 04 2013 22:58:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12114748       +EDI: AMINFOFP.COM Apr 04 2013 22:58:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
12114749       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Apr 04 2013 23:03:03      Gla Collection Co Inc,
                 2630 Gleeson Ln,    Louisville, KY 40299-1772
12114755       +EDI: MID8.COM Apr 04 2013 22:58:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
12114756       +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 04 2013 23:04:51      Nco Finance,
                 Po Box 15636,    Wilmington, DE 19850-5636
12114757       +E-mail/Text: bankruptcy@northwestradiology.com Apr 04 2013 23:04:37
                 Northwest Radiology Network (NWR),    13587 Collections Center Drive,    Chicago, IL 60693-0135
12114758       +EDI: SEARS.COM Apr 04 2013 22:58:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12114762       +EDI: WFNNB.COM Apr 04 2013 22:58:00      Victoria's Secret,    PO BOX 182789,
                 Columbus, OH 43218-2789
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0756-1          User: admin              Page 2 of 3              Date Rcvd: Apr 04, 2013
                              Form ID: b9a             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0756-1          User: admin              Page 3 of 3              Date Rcvd: Apr 04, 2013
                              Form ID: b9a             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case)       Case Number **13–03137–JMC–7**

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines

A chapter 7 bankruptcy case concerning the debtor listed below was filed on March 29, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

### Creditors – Do not include this notice with any document filed with the Court.
### See Reverse Side for Important Explanations.

Debtor (name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address):
Marie L Thomas
425 S. Main St.
Kokomo, IN 46901

| Case Number: | Social Security Number(s): |
|---|---|
| **13–03137–JMC–7** | xxx–xx–6774 |

| Attorney for debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Blake Nathaniel Dahl | Edward P Dechert |
| Gordon A. Etzler & Associates, LLP | 217 N Main St |
| 251 Indiana Ave | PO Box 667 |
| Valparaiso, IN 46383 | Kokomo, IN 46903–0667 |
| Telephone number: 219–531–7787 | Telephone number: 765–459–0764 |

### Meeting of Creditors
Date:   **May 16, 2013**                            Time: **10:00 AM EDT**
Location: **Howard County Gov't Annex, 120 East Mulberry, Kokomo, IN 46901**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge or Determine Dischargeability of Debt:**
July 15, 2013

**Deadline to Object to Exemptions:**
The deadline expires **30 days** after the *conclusion* of the meeting of creditors **or** within **30 days** of any amendment to the list or supplemental schedules unless as otherwise provided under Fed.R.Bankr.P. 1019(2) for converted cases.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Southern District of Indiana | Clerk of the Bankruptcy Court: |
| 46 E. Ohio St., Rm. 116 | Kevin P. Dempsey |
| Indianapolis, IN 46204 | |
| Telephone number: 317–229–3800 | |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM ET | April 4, 2013 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any document filed with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any corresponsdence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or http://pacer.insb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**