```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                              Case No. 13-03137-JMC
Marie L Thomas                                                      Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0756-1         User: ldavis              Page 1 of 2         Date Rcvd: Jul 16, 2013
                             Form ID: b18              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
db           +Marie L Thomas,   425 S. Main St.,   Kokomo, IN 46901-5477
12114736     +Bowman, Heintz, Boscia, & Vician, PC,   8605 Broadway,   Merrillville, IN 46410-5598
12114737     +Bull City,   1107 W Main St,   Durham, NC 27701-2028
12114741     +CORPORATION SERVICE COMPANY,   251 E OHIO ST STE 500,   Indianapolis, IN 46204-2184
12114740     +City of Kokomo - Municipal Sanitation Ut,   928 E. Sycamore St.,   Kokomo, IN 46901-4821
12114742      Courtney Gaber, Attorney at Law,   517 US Highway 31 N,   Greenwood, IN 46142-3932
12114743     +Dollar General Inc. (Lost Prevention & Legal Dept),   100 Mission Rdg,
               Goodlettsville,, TN 37072-2171
12114744     +Dr/bond Coll,   4000 Executive Park Dr S,   Cincinnati, OH 45241-4009
12114745     +Duke Energy,   1000 E Main Street Mail Drop WP,   Plainfield, IN 46168-1782
12114746     +Emergency Medical Group of Kokomo,   PO BOX 6069 Dept 12,   Indianapolis, IN 46206-6069
12114747     +Ffcc-columbus Inc,   1550 Old Henderson Rd St,   Columbus, OH 43220-3626
12114750     +Helvey & Associates,   1015 E Center St,   Warsaw, IN 46580-3420
12114751     +Imc Credit Services,   6955 Hillsdale Ct,   Indianapolis, IN 46250-2054
12114752     +Indiana American Water,   PO Box 94551,   Palatine, IL 60094-4551
12114753     +Indiana Farmers Mutual Insurance Company,   10 West 106th St. PO BOX 527,
               Indianapolis, IN 46206-0527
12114754      Kokomo Gas (NiSource),   PO BOX 13013,   Merrillville, IN 46411-3013
12114759     +Solidarity Fed Credit,   201 Southway Blvd,   Kokomo, IN 46902-3677
12114760     +St. Joseph Hospital (MED-1),   PO Box 9010,   Kokomo, IN 46904-9010
12114761      St. Joseph Hospital (Patient Financial Services),   PO BOX 40970,   Indianapolis, IN 46240-0970
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12114735     +EDI: ACCE.COM Jul 16 2013 23:08:00      Asset Acceptance Llc,   Po Box 2036,
               Warren, MI 48090-2036
12114738      EDI: CAPITALONE.COM Jul 16 2013 23:08:00      Capital 1 Bank,   Po Box 85520,   Richmond, VA 23285
12114739     +EDI: CHASE.COM Jul 16 2013 23:08:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
12114748     +EDI: AMINFOFP.COM Jul 16 2013 23:08:00      First Premier Bank,   601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
12114749     +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Jul 16 2013 23:27:12      Gla Collection Co Inc,
               2630 Gleeson Ln,   Louisville, KY 40299-1772
12114755     +EDI: MID8.COM Jul 16 2013 23:08:00      Midland Funding,   8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
12114756     +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 16 2013 23:29:24      Nco Finance,
               Po Box 15636,   Wilmington, DE 19850-5636
12114757     +E-mail/Text: bankruptcy@northwestradiology.com Jul 16 2013 23:29:14
               Northwest Radiology Network (NWR),   13587 Collections Center Drive,   Chicago, IL 60693-0135
12114758     +EDI: SEARS.COM Jul 16 2013 23:08:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
12114762     +EDI: WFNNB.COM Jul 16 2013 23:08:00      Victoria's Secret,   PO BOX 182789,
               Columbus, OH 43218-2789
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**               **Signature:** *Joseph Speetjens*

```
District/off: 0756-1          User: ldavis                Page 2 of 2                  Date Rcvd: Jul 16, 2013
                              Form ID: b18                Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2013 at the address(es) listed below:

        Blake Nathaniel Dahl   on behalf of Debtor Marie L Thomas BND@Etzlerlaw.com
        Edward P Dechert    trusteedechert@att.net, IN33@ecfcbis.com
        U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

                                                                                                         TOTAL: 3

**SO ORDERED: July 16, 2013.**



_____
**James M. Carr
United States Bankruptcy Judge**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | B18 (rev 02/2013) |

Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Marie L Thomas**,  Case No. **13−03137−JMC−7**
SSN: xxx−xx−6774    EIN: NA
   425 S. Main St.
   Kokomo, IN 46901
        Debtor(s).

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

The Court, after reviewing this case, finds that the debtor is entitled to a discharge.

**IT IS ORDERED** that the the debtor is granted a discharge under 11 U.S.C. § 727.

###

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**
The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**
The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**
Some of the common types of debts which are **NOT** discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay for nondischargeable taxes (in a case filed on or after October 17, 2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**